**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

**KAYLA SMITH**

      **Plaintiff,**                                   **CAUSE NO. 4:22-cv-00080-JHM-HBB**

**VS.**

**NEXT LEVEL HOSPITALITY SERVICES, LLC**

      **Defendants**

## DISCLOSURE STATEMENT

COMES NOW Defendant, Next Level Hospitality Services, LLC, which is a Delaware limited liability company with a principal place of business in New Jersey, and is wholly owned by Aramark Healthcare Support Services, LLC, a Delaware limited liability company with a principal place of business in Pennsylvania. Aramark Healthcare Support Services, LLC's parent company (100%) is Aramark Services, Inc., a Delaware corporation with a principal place of business in Pennsylvania. Aramark Services, Inc. is wholly owned by Aramark Intermediate HoldCo Corporation, a Delaware corporation with a principal place of business in Pennsylvania. Aramark Intermediate HoldCo Corporation is wholly owned by Aramark, a Delaware corporation with a principal place of business in Pennsylvania.

This the 15$^h$ day of July, 2022.

                                  Respectfully Submitted,

                                  OF COUNSEL:
                                  COSMICH, SIMMONS & BROWN, PLLC

                                  /s/ Madeline Kuluz
                                  Madeline Kuluz, KY Bar #98323
                                  *Attorney for Next Level Hospitality Services, LLC*

OF COUNSEL:
COSMICH, SIMMONS & BROWN, PLLC
100 E. Rivercenter Blvd. Suite 480
Covington, KY 41011
T: 859-878-2502
F: 859-261-0848
E: mkuluz@cs-law.com

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was filed with the clerk

through the Court's ECF filing system and a correct copy of the above and foregoing document

to all known counsel of record.

/s/ Madeline Kuluz
Madeline Kuluz, KYBar#98323